# Exhibit A

# VENUE AFFIDAVIT

I, Heidi Anderberg, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify thereto.

2. I am the Plaintiff in the above captioned action.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, California Civil Code section 1750 et seq.

4. The Class Action Complaint has been filed in the proper place for trial of this action.

5. Defendant The Hain Celestial Group, Inc. conducts substantial business, including the acts and practices at issue in this action, within San Diego County. Defendant also have a principal place of business 1111 Marcus Avenue, #1, Lake Success NY 11042.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on October 20, 2021, in San Diego.


Heidi Anderberg (Oct 19, 2021 20:01 PDT)

Heidi Anderberg

- 1 -
VENUE AFFIDAVIT